IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ROBERT M. BATTLE, AS TRUSTEE OF KTW GROUP | § | |
| | § | CIVIL ACTION NO. 9:06cv109 |
| v. | | |
| | § | |
| UNITED STATES OF AMERICA | | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the Motion to Confirm Sale and Disburse Funds (document #53) be granted and that Defendant's proposed Order Granting United States' Motion to Confirm Sale and Disburse Funds be entered. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Report and Recommendation is **ADOPTED**. The Order Granting United States' Motion to Confirm Sale and Disburse Funds will be entered separately.

So **ORDERED** and **SIGNED** this **24** day of **August, 2010.**

_____
Ron Clark, United States District Judge